**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ASHLEE HOLLIFIELD,**

    Plaintiff,

v.                                                      Case No: 8:20-cv-118-T-35AEP

**PASCO COUNTY, FLORIDA,**

    Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 9, 2020, the mediator filed a Mediation Report, informing the Court that the above-captioned case was settled. (Dkt. 17) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 15th day of July, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party